# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

FID 1173790

USA,

v.

DALLAS ERIN HUMBER,

Case No: 2:24-CR-00257-DJC

## WARRANT FOR ARREST

**FILED**
Sep 19, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TO: THE UNITED STATES MARSHAL
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:** Dallas Erin Humber

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

Indictment

charging him or her with *(brief description of offense)*

Conspiracy

in violation of Title __18__ United States Code, Section(s) __371__

J. Donati
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

9/5/24                Sacramento, CA
Date and Location

Bail fixed at    **NO BAIL**      by   Magistrate Judge Carolyn K. Delaney

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant    9/5/24

9/5/24
Date Received

David Cochran, Special Agent
Name and Title of Arresting Officer

9/6/24
Date of Arrest

*[signature]*
Signature of Arresting Officer