1  MICHELE BECKWITH
   Acting United States Attorney
2  ROBERT ABENDROTH
   Assistant United States Attorney
3
        United States Attorney's Office
4       501 I Street, Suite 10-100
        Sacramento, CA. 95814
5       Telephone: (916) 554-2700

6  KATHLEEN WOLFE
   Acting Assistant Attorney General, Civil Rights Division
7  CHRISTOPHER J. PERRAS
   Special Litigation Counsel
8  SAMUEL KUHN
   Trial Attorney
9
        U.S. Department of Justice
10      950 Pennsylvania Avenue NW
        Washington, DC 20530
11      Telephone: (202) 514-3847

12 SUE BAI
   Supervisory Official, National Security Division
13 JACOB WARREN
   PATRICK CASHMAN
14 Trial Attorneys

15      U.S. Department of Justice
        950 Pennsylvania Avenue NW
16      Washington, DC 20530
        Telephone: (202) 514-2007
17
   Attorneys for Plaintiff
18 United States of America

19

20              IN THE UNITED STATES DISTRICT COURT

21                 EASTERN DISTRICT OF CALIFORNIA

22
   UNITED STATES OF AMERICA,            CASE NO. 2:24-CR-00257-DJC
23
                    Plaintiff,
24                                      [~~PROPOSED~~] SEALING ORDER
              v.
25 DALLAS ERIN HUMBER, and
   MATTHEW ROBERT ALLISON,
26
                    Defendants.
27

28

[PROPOSED] ORDER SEALING DOCUMENTS                    1

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's Ex Parte Application to Seal Documents, sealing the documents as requested serves a compelling interest. The Court further finds that, in the absence of sealing the documents as requested, the compelling interests identified by the government would be harmed. In light of the public filing of its Notice of Request to Seal, the Court further finds that there are no additional alternatives to sealing the documents as requested that would adequately protect the compelling interests identified by the government.

Pursuant to Local Rule 141(b) and based upon the representations contained in the Government's Ex Parte Reqeuest to Seal Documents, IT IS HEREBY ORDERED that the Government's Opposition to Defendant Allison's Motion for Bail Review (ECF 45) and the Government's Ex Parte Request to Seal Documents,shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendants.

Dated: February 18, 2025

THE HONORABLE SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE