1  PHILLIP A. TALBERT
   United States Attorney
2  ROBERT ABENDROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   KRISTEN CLARKE
6  Assistant Attorney General, Civil Rights Division
   CHRISTOPHER J. PERRAS
7  Special Litigation Counsel
   U.S. Department of Justice
8  950 Pennsylvania Avenue NW
   Washington, DC 20530
9  Telephone: (202) 514-3847

10 MATTHEW G. OLSEN
   Assistant Attorney General, National Security Division
11 JACOB WARREN
   Trial Attorney
12 U.S. Department of Justice
   950 Pennsylvania Avenue NW
13 Washington, DC 20530
   Telephone: (202) 514-2007
14
   Attorneys for Plaintiff
15 United States of America

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALLAS HUMBER, and<br>MATTHEW ALLISON<br><br>Defendants. | CASE NO. 2:24-CR-257-DC<br><br>[PROPOSED] ORDER APPOINTING CLASSIFIED INFORMATION SECURITY OFFICER PURSUANT TO TITLE 18 U.S.C. APP. III (CIPA) SECTION 9 |

The United States of America, having applied for the appointment of a Classified Information Security Officer and alternates pursuant to Section 9 of the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA"), and Section 2 of the Security Procedures established pursuant to Pub. L. 96-

456, 94 Stat. 2025, by the Chief Justice of the United States Supreme Court, it is hereby ORDERED AND DECREED that the application is GRANTED.

It is further ORDERED, in accordance with Section 9 of CIPA and the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, that the Court designates Winfield S. "Scooter" Slade as the Classified Information Security Officer in this case.

It is further ORDERED that the Court designates the following persons as Alternate Classified Information Security Officers, to serve in the event Mr. Slade is not available: Jennifer H. Campbell, Daniel O. Hartenstine, Aleksandr Kurtov, Daniella M. Medel, Matthew W. Mullery, William S. Noble, and Harry J. Rucker.

It is further ORDERED that the designated Classified Information Security Officer and alternates shall perform the functions and carry out the duties and responsibilities prescribed in the Security Procedures promulgated under Section 9 of CIPA.

IT IS SO ORDERED.

Dated:    **February 18, 2025**

_____
Dena Coggins
United States District Judge