KIMBERLY A. SANCHEZ
Acting United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney

    United States Attorney's Office
    501 I Street, Suite 10-100
    Sacramento, CA. 95814
    Telephone: (916) 554-2700

HARMEET K. DHILLON
Assistant Attorney General, Civil Rights Division
CHRISTOPHER J. PERRAS
Special Litigation Counsel
SAMUEL KUHN
Trial Attorney

    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington, DC 20530
    Telephone: (202) 514-3847

JOHN A. EISENBERG
Assistant Attorney General, National Security Division
PATRICK CASHMAN
Trial Attorney

    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington, DC 20530
    Telephone: (202) 514-2007

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00257-DC |
| Plaintiff, | NOTICE OF PLEA AGREEMENT AND MOTION TO SCHEDULE CHANGE-OF-PLEA HEARING AND TO VACATE STATUS HEARING |
| v. | |
| DALLAS ERIN HUMBER, | |
| Defendant. | |

The United States of America, by and through undersigned counsel, and Defendant Dallas Humber, by and through her counsel of record (together, "the parties"), hereby provide notice that the parties have entered into a plea agreement in the above-captioned case; and hereby move to schedule a change-of-plea hearing on Friday, August 8, 2025, if that date is available for the Court, and to vacate the status conference previously scheduled for Friday, September 26, 2025.

| | | |
|---|---|---|
| KIMBERLY A. SANCHEZ<br>Acting United States Attorney<br>Eastern District of California | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division | JOHN A. EISENBERG<br>Assistant Attorney General<br>National Security Division |
| /s/ *Robert Abendroth*<br>ROBERT ABENDROTH<br>Assistant U.S. Attorney | /s/ *Christopher J. Perras*<br>CHRISTOPHER J. PERRAS<br>Special Litigation Counsel<br>SAMUEL A. KUHN<br>Trial Attorney | /s/ *Patrick Cashman*<br>PATRICK CASHMAN<br>Trial Attorney |

Dated: July 25, 2025                                    /s/ *Noa Oren*
                                                                         Noa Oren
                                                                         Counsel for Dallas Erin Humber

NOTICE OF PLEA AGREEMENT AND MOTION                    2
TO SCHEDULE CHANGE-OF-PLEA HEARING