UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALLAS ERIN HUMBER, et al.,<br><br>Defendants. | No. 2:24-cr-00257-DC<br><br><br>ORDER RELATING AND REASSIGNING CASE |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOAH JACOB LAMB,<br><br>Defendant. | No. 2:25-cr-00152-TLN-1<br><br>**New Case No. 2:25-cr-00152-DC-1** |

Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123. Here, judicial economy is best served if the new action is reassigned to the court assigned to the earlier criminal action because these cases involve the same parties and/or witnesses, are based on the same or similar facts, and reassignment to the same district judge would avoid substantial duplication of labor by the court. Specifically, both cases include the same criminal charges predicated on the same terrorist organization (the Terrorgram Collective) and criminal conduct: conspiracy between Defendants Dallas Erin Humber, Matthew Robert

1

1  Allison, and Noah Jacob Lamb to create a hit list of "high value targets" for assassination.
2      Relating the cases under Local Rule 123, however, merely has the result that the actions
3  are assigned to the same judge, it does not consolidate the actions.
4      The court hereby orders that the recently filed action, Case No. 2:25-cr-00152-TLN-1, is
5  reassigned to District Judge Dena M. Coggins, and the caption shall read 2:25-cr-00152-DC-1.
6      In light of this reassignment, the status conference in 2:25-cr-00152-TLN-1 set for
7  September 25, 2025 at 09:30AM in Courtroom 2 before Chief District Judge Troy L. Nunley is
8  VACATED and RESET for 9/26/2025 at 9:30 a.m. in Courtroom 8 before District Judge Dena M.
9  Coggins.

IT IS SO ORDERED.

Dated: __July 25, 2025__

Dena Coggins
United States District Judge