# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**DALLAS ERIN HUMBER , ET AL.,**<br><br>　　　　　　　Defendant. | CASE NO. **2:24–CR–00257–DC**<br><br>SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of referral to Probation Officer: | **8/8/2025** |
| Judgment and sentencing date: | **12/5/2025** |
| Reply or statement of non-opposition: | **11/28/2025** |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **11/21/2025** |
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: | **11/14/2025** |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **11/7/2025** |
| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | **10/24/2025** |

Dated:　　August 8, 2025　　　　　　　　　　By:　　/s/ C. Schultz  
　　　　　　　　　　　　　　　　　　　　　　　　　COURTROOM CLERK