1  HEATHER E. WILLIAMS, Bar No. 122664
   Federal Defender
2  NOA EVA OREN, Bar No. 297100
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: (916) 498-5700
   Fax: (916) 498-5710
5
   Attorney for Defendant
6  DALLAS ERIN HUMBER

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10   UNITED STATES OF AMERICA,          )   Case No. 2:24-CR-00257-DJC
                                        )
11               Plaintiff,             )   **DEFENSE SUPPLEMENTAL SENTENCING**
                                        )   **MEMORANDUM EXHIBIT C**
12   vs.                                )
                                        )
13   DALLAS HUMBER,                     )   Date: December 5, 2025
                                        )   Time: 9:30 A.M.
14               Defendant.             )   Judge: Hon. Dena Coggins
                                        )
15   _____)

16        Defendant Dallas Erin Humber submits this supplemental sentencing memorandum

17   exhibit for the Court's consideration prior to accepting her plea and imposing sentence in the

18   above case.  Exhibit C is a letter from Captain Bob Jakobs, Jail Commander from the Nevada

19   County Sheriff's Office, on behalf of Dallas Humber regarding her exemplary behavior while

20   incarcerated at the Wayne Brown Correctional Facility.

21                                          Respectfully submitted,

22                                          HEATHER E. WILLIAMS
                                            Federal Defender
23

24   Date: December 1, 2025                 /s/ Noa Oren
                                            NOA OREN
25                                          Assistant Federal Defender
                                            Attorney for Defendant
26                                          Dallas Erin Humber

27

28

*United States v. Humber* – Supplemental            -1-
Sentencing Memorandum Exhibit