ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney

    United States Attorney's Office
    501 I Street, Suite 10-100
    Sacramento, CA 95814
    Telephone: (916) 554-2700
    robert.abendroth@usdoj.gov

HARMEET K. DHILLON
Assistant Attorney General, Civil Rights Division
U.S. Department of Justice
CHRISTOPHER J. PERRAS
Special Litigation Counsel
SAMUEL A. KUHN
Trial Attorney

    U.S. Department of Justice
    950 Pennsylvania Avenue NW,
    Washington, DC 20530
    Telephone: (202) 307-6962
    christopher.perras@usdoj.gov
    samuel.kuhn@usdoj.gov

JOHN A. EISENBERG
Assistant Attorney General, National Security Division
PATRICK CASHMAN
Trial Attorney

    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington, DC 20530
    Telephone: (202) 514-2007

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00257-DC |
| Plaintiff, | [PROPOSED] ORDER SEALING EXHIBITS TO THE GOVERNMENT'S SENTENCING MEMORANDUM AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| DALLAS ERIN HUMBER, | |
| Defendants. | |

1  Pursuant to Local Rule 141(b) and based upon the representation contained in the government's
2  Request to Seal, IT IS HEREBY ORDERED that the exhibits to the government's sentencing
3  memorandum and government's Request to Seal shall be SEALED until further order of this Court.
4  The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*
5  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in
6  the government's request, sealing the government's document serves a compelling interest. The Court
7  further finds that, in the absence of closure, the compelling interests identified by the government would
8  be harmed. In light of the public filing of its request to seal, the Court further finds that there are no
9  additional alternatives to sealing the government's motion that would adequately protect the compelling
10 interests identified by the government.

Dated: 12/17/25

The Honorable Dena Coggins
UNITED STATES DISTRICT JUDGE